**99–835.   Cleveland Bar Assn. v. Verbiski.**

IT IS ORDERED by this court, *sua sponte*, that Laura N. Verbiski, Attorney Registration No. 0034338, last known business address in North Olmsted, Ohio, is found in contempt for failure to comply with this court's order of September 22, 1999, to wit, failure to surrender her certificate of admission and attorney registration card and failure to file an affidavit of compliance on or before October 22, 1999.

**99–2135.   In re Resignation of Edwards.**

IT IS ORDERED by this court, *sua sponte*, that Michael Myrone Edwards, Attorney Registration No. 0032603, last known business address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of May 2, 2000, to wit, failure to file an affidavit of compliance on or before June 1, 2000.

**99–2202.   In re Resignation of Stimmel.**

IT IS ORDERED by this court, *sua sponte*, that John Phillip Stimmel, Attorney Registration No. 0007300, last known business address in Wheeling, West Virginia, is found in contempt for failure to comply with this court's order of March 16, 2000, to wit, failure to file an affidavit of compliance on or before April 17, 2000.

**99–2237.   Cleveland Bar Assn. v. Shafran.**

IT IS ORDERED by this court, *sua sponte*, that Michael Shafran, Attorney Registration No. 0028991, last known business address in Cleveland, Ohio, is found in contempt for failure to comply with this court's order of May 2, 2000, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before June 1, 2000.

**99–2270.   Cleveland Bar Assn. v. Glatki.**

IT IS ORDERED by this court, *sua sponte*, that Susan M. Glatki, Attorney Registration No. 0052533, last known business address in Beachwood, Ohio, is found in contempt for failure to comply with this court's order of April 5, 2000, to wit, failure to surrender her attorney registration card on or before May 5, 2000.

**00–476.   In re Resignation of Furtado.**

IT IS ORDERED by this court, *sua sponte*, that Lorraine Theresa Furtado, Attorney Registration No. 0034627, last known address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of May 3, 2000, to wit, failure to surrender her certificate of admission and attorney registration card and failure to file an affidavit of compliance on or before June 2, 2000.

*Monday, September 25, 2000*

# MOTION DOCKET

**88–1982.   State v. Moreland.**

Montgomery App. No. 9907. Upon consideration of the motion filed by counsel for appellant to reinstate stay of execution in the above-styled cause pending the exhaustion of state post-conviction remedies,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed, pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state, including any appeals, have been exhausted.